# ATTACHMENT A

**I.     The Account(s)**

The Order applies to certain records and information associated with any of the the following identifier(s)/phone numbers:

(732) 491-1649

(647) 821-9586

(267) 221-5441

**II.    Records and Other Information to Be Disclosed**

Apple Inc. is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Accounts"), for the time period from June 1, 2023, to present, regardless of whether such information is located within or outside of the United States:

   A.   The following information about the customers or subscribers of the Accounts:

   1. Subscriber name, address, and phone number;
   2. Email, alias email, and recovery email addresses (including verification status);
   3. Service start date;
   4. Means of payment and associated information, such as billing profile, creation date, and creation IP;
   5. Subscriber and device identifiers, such as Subscriber ID (an internal Apple identifier for the Accounts) and Global Unique ID;
   6. Device registration information, such as serial and part numbers, activation date, and registration source;
   7. IP logs (including for specific services such as iTunes);

    8. iCloud logs (including IP logs, the iCloud service accessed—such as "Backup" or "Photo Library," and the device operating system);

    9. Email headers;

    10. iCloud backup settings;

    11. The names of downloaded apps;

    12. FaceTime call invitation logs;

    13. iMessage capability query logs;

    14. Accounts associated by SMS number, recovery email, or creation IP address; and

    15. Login error codes (e.g., that an email address is already in use or that an Apple ID or password was entered incorrectly).

B. All records and other information (not including the contents of communications) relating to the Accounts, including:

    1. Records of user activity for each connection made to or from the Accounts, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and

    2. Information about each communication sent or received by the Accounts, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).

The Provider is hereby ordered to disclose the above information to the government within seven days of issuance of this Order.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Apple Inc., and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Apple Inc.. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS, SUCH AS:** pages / CD(s) / megabytes**]**. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **Apple Inc.**, and they were made by **Apple Inc.** as a regular practice; and

b. such records were generated by **Apple Inc.**'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **Apple Inc.** in a manner to ensure that they are true duplicates of the original records; and

3

      2.    the process or system is regularly verified by **Apple Inc.**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____  _____
Date                       Signature